USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
ZURICH AMERICAN INSURANCE                  :
COMPANY,                                    :
                                           :
                         Plaintiff,        :          22-CV-0050(VEC)
                                           :
             -against-                     :          ORDER
                                           :
                                           :
GREAT NORTHERN INSURANCE COMPANY, :
                                           :
                                           :
                         Defendant.        :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 18, 2022 (Dkt. 24), the parties notified the Court that they reached an agreement in principle resolving all issues;

WHEREAS on August 24, 2022 (Dkt. 25), the Court dismissed the action with prejudice (the "Order");

WHEREAS on September 15, 2022 (Dkt. 26), the parties jointly requested that the Court modify the Order and convert dismissal of the action from "with prejudice" to "without prejudice";

WHEREAS the parties further requested that the Court extend the time to apply to reopen the case from Friday, September 23, 2022, to Tuesday, November 22, 2022;

IT IS HEREBY ORDERED that the Order is modified such that the action is dismissed "without prejudice";

IT IS FURTHER ORDERED that the parties' time to apply to reopen the case is extended until **Monday, October 24, 2022**.

**SO ORDERED.**

**Date:  September 16, 2022**
       **New York, NY**

_____
             **VALERIE CAPRONI**
         **United States District Judge**